John M. Way *vs.* Samuel R. Townsend.

No action lies against a magistrate to recover damages sustained by reason of his taking
an invalid recognizance.

Tort against the justice of the police court of Taunton for
discharging a debtor, who had been arrested on an execution in
favor of the plaintiff and brought before the defendant for exam-
ination, upon the recognizance referred to in *Townsend* v. *Way,*
3 Allen, 245, which it was contended was invalid. In the supe-
rior court, a demurrer to the declaration was sustained, and the
plaintiff appealed to this court.

*T. H. Sweetser*, for the plaintiff.

*S. R. Townsend, pro se.*

BY THE COURT. This case cannot be distinguished in principle from *Chickering* v. *Robinson*, 3 Cush. 543, and cases there referred to. *Demurrer sustained.*